IN THE UNITED STATES DISTRICT COURT

FOR THE _Northern_ DISTRICT OF _Ohio_

_Civil Rights_ DIVISION

*(Write the District and Division, if any, of the*
*court in which the complaint is filed.)*

FILED

2017 SEP 28  PM 12: 17

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

---

_Jonathan Alan CALL_

_____

_____

*(Write the full name of each plaintiff who is filing*
*this complaint.  If the names of all the plaintiffs*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*

**-against-**

_Shane Leathold_

_Kent Rachel_

_(See. Attached )_

*(Write the full name of each defendant who is*
*being sued.  If the names of all the defendants*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.  Do not include*
*addresses here.)*

**Complaint for Violation of Civil Rights**

(Prisoner Complaint)

Case No. **1 : 17  CV _2045_**

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☒ No

*(check one)*

**JUDGE ADAMS**

---

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis.*

# I.    The Parties to This Complaint

## A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    Jonathan Alan Call

All other names by which you have been known:

Johnathan Alan Call

ID Number    24853

Current Institution    Crawford County Justice Center

Address    236 West Mansfield St.

Bucyrus Ohio 44820

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name    Shane Leathold

Job or Title    Misdemenor Judge Bucyrus Ohio
(if known)

Shield Number    ?

Employer    Elected Official City, Bucyrus, Oh

Address    112 E. Mansfield St.

Bucyrus, Ohio  44820

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

Name    Kent Rachel

2

(Additional Names on Caption)

#3 Defendant;

Scott Kent

#4 Defendant;

Rob Radcliff

#5 Defendant;

Tony Stover

Job or Title
(if known)               _Crawford County Justice Center / Jail_

Shield Number            _?_

Employer                 _Crawford County Sheriffs Dept._

Address                  _3613 Stetzer Rd._
                         _Bucyrus, Ohio 44820_

☒  Individual capacity            ☒  Official capacity

Defendant No. 3

Name                     _Scott Kent_

Job or Title             _Sheriff Crawford County, Ohio_
(if known)

Shield Number

Employer                 _Elected Official (Crawford co. Ohio)_

Address                  _3613 Stetzer Rd._
                         _Bucyrus, Ohio_

☒  Individual capacity            ☒  Official capacity

Defendant No. 4

Name                     _Rob Radcliff_

Job or Title             _City Prosecutor Bucyrus, Ohio_
(if known)

Shield Number            _?_

Employer                 _Bucyrus Ohio City Court (Misdemeanor Court)_

Address                  _112 E. Mansfield St._
                         _Bucyrus, Ohio 44820_

( CONT To I-B - Defendant No.5. )   ☒  Individual capacity            ☒  Official capacity

## II.      Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐   Federal officials (a *Bivens* claim)

☒   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*4, 5, 6, 8, 14 Amendments U.S. Constitution, Access To Courts/ Law Library, Adequate Medical Care due process, fast speedy Trial, Cruel and unusual punishment, Excessive bond, Double Jeopardy*

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*N/A*

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

*Crawford County, Justice Center / Jail Commander Kent Blachel is responsible for all operations and policies and procedures that are in force at Crawford County Cont. (II-D-1)*

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

4

Cont. I-B Defendant No.5

NAME ; Tony Stover

Job or Title; City Misdemenor Court Baliff / Probation officer, Bucyrus, Ohio

sheild no.    ?

Employer: Bucyrus, Ohio city Court / Misdemenor Court

Address; 112 E. Mansfield st.

Bucyrus, Ohio 44820

☑ individual Capacity        ☑ Official Capacity

(1)

(cont; II-D-1)

Justice Center/Jail, and has instituted Policies that exclude Inmates from having any access to the Courts, To an adequately stocked law library, an adequate grievance procedure, any maintenance of the building and housing units that ensure the health and safety of all prisoners, an adequate appeal proceedurer for grievances and requests forms if they are even answered, a filing system for all request/grievances, a staffed Medical Bay with CPAP machines for prisoners with sleep Apnea and other disorders that are life threatening, and need a sterile medical enviroment. Policies that trick prisoners into waiving there Miranda rights, waiving their right to fast and speedy trial by having them fooled into signing said 6th amendment waivers at booking/recieving under the guise of medical/phycological papers/booking papers

II-D-2  Sheriff of Crawford County, Ohio, duly elected, Scott Kent has instituted policies and procedures with Kent Rachel the Jail Commander, or acquiense with said policies and procedures, that deprive the prisoners under color of law the above mentioned civil rights. Scott Kent is the employer of Kent Rachel.

↓OVER↓



(II-D-3) Crawford County Misdemeanor Judge Shane Leathold Acting in individual and Official Capacity, is depriving the Defendants/Prisoners of Bucyrus, Ohio/Crawford County Justice Center/Jail, under color of law, while acting in an organised pattern of Corrupt Activity, their constitutional right to; a fast and speedy trial, Due process, while asking Defendants incriminating questions concerning guilt or innocence at arraignement, forcing these answers under the guise of Court Athority, setting only cash only bond to recieve Kickbacks from bail bondsman on bonds he sets for probation violations, while Mr. Leathold gives own Recognises bonds to any charges that caused the probation violations. He has instructed the Commander and Sheriff of Craford County Justice Center to mislead/trick Defendant/Prisoners into waiving their 6th Amendment right to fast speedy Trial under the guise of Booking/Induction/Recieving paperwork, prisoners must sign a Booking All sentences handed down by Shane Leathold are the maximum allowed by law allegedly (on the shelf/stipulation of probation) while all Defendants are given one form or another of 5 years probation for misdemeanor convictions/Plea Bargains. While conducting arraingements in Court Mr. Leathold demands Defendants to answer incrimiating questions concerning guilt or innocence, judges those defendants guilty and imposes a high bond as punishment after finding guilt. 8th Amendment



Cont. II.D-3

violations of excessive bonds are being imposed after a cursory determination of guilt by Mr. Leathold. In conjuntion with all Defendants Shane leathold has his Baliff Tony _____, who is also the head of probation go back and violate defendants for previous probation periods that are expired or there is no actual jail Time left (over their heads) because all that Time is over in other words the jail Time has been served. The Judies Baliff Tony _____, who is also the probation officer, along with prosecutor Rob Radcliff are imposing probation violations on probation periods that are expired or have the jail Time served thereby placing more inmates into Scott Kent's Crawford County Justice Center/Jail, under Kent Rachel To defraud the government of inmate housing grants/monies, be it The federal government, state or local, by those inmates/Defendant/Prisoners serving jail Time they should not have to serve, or jail Time they have already served. Judie Shane leathold, Kent Rachel Commander of Crawford County Jail, sheriff Scott Kent, and Rob Radcliff and Tony Stover are all involved in a patteen of organised corruption/or corrupt activity concerning the above deprivations of Constitution-al rights.

↓ over ↓

④

(II-D-4) Go To IV-D-A To IV-D-4

II-D-5 Judge Shane Leathold imposed a 5 year, Non reporting probation against this Defendant/Inmate with 6 months incarceration if I violate probation in conjunction with a Two Month jail sentence which is Too long a probation period for a No license Misdemeanor charge and the Two month jail sentence and the 6 months in lui of completing 5 years of probation is a jail sentence beyond the maximum allowed by Law, thus multiple due process violations, illegal sentencing, cruel and unusual punishment, And judges Leathold Always gives the Maximum sentence or more which is illegal. He gives the 5 year probation and Maximum jail sentence on every case.

   A misdemeanor is only a 1-2 year probation sentence 5 years isn't even allowed by law let alone to recieve the maximum jail sentence in lui of probation in every case!

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Some occured at Crawford County Municipal Court, June 30, 2017, July 5, 2017

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

In Crawford County Justice Center/Jail July 5, 2017, Aug 1, 2017 until present 9/18/07.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Crawford County Municipal Court July 5, 2017 9:00 am - 12:00 pm. Crawford County jail July 5, 2017 12:00 pm Till 3:00 pm Aug 1, 2017 7:30 pm untill present date.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See; cont. (IV-D-A) To (IV-D-H) see also; cont. (II-D-1) To (II-D-3)

5

_____

_____

_____

_____

**V.   Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Have not been on CPAP Breathing Machine for 2 months, My case at Crawford County Misdemeanor Court has had no motions or any paperwork filed on my behalf due to no legal library access, court access/addresses, embarrassed and humiliated when using bathroom or showering, cannot call Attorneys for information or meet with to go over my planned defense, cannot speak with Attny or investigator without being video taped.

**VI.   Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$280,000 in Punitive Damages, Remove Fast Speedy Trial Waivers from booking procedures. Order Crawford County Jail To Build a Law Library fully equipt. Order them To Build a Medical Bay and injunction Against using holding cells as Medical Bays, Monitor Crawford Municipal Courts Bond procedure and probation procedures, and Due process at Arraignment, investigate Judge Shane Leuthold and Bondsmen payoffs. Remove jail cameras in Bathrooms attny/client Rooms

Clean Air/Heat Ventilation System. Repair Roof, or replace, Clean black mold, Remove it stains ed.

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

(IV-D-A)(Commander Kent Rachel)
in Bucyrus City Court in on going
misdemeanor cases, and probation violation
cases in same court, There is no Law Library at
Crawford County Jail (Crawford County justice
Center) And/Or The Jail Commander does not
Allow access To Any Legal library, or any
Law books, revised code books, or addresses
To Courts or U.S. Courts, or other Legal related
Addresses, when This inmate represents himself 6th
Amendment, 45th due process due To lack of ability file motions.

B) Commander Kent Rachel under color of Law has
deprived The Inmates of Crawford County Justice
Center of a Healthy environment by failing To
clean all vents And Heating/Air Conditioning
duct work, which are filthy spewing dirt and dead
skin cells from hundreds of Inmates Therefore
spreading sickness and diseases, failed To repair 40
Roofing leaks Throughout The jail causing black
mold And seeping asphalt material into The
inmate living quarters daily causing sickness and
an unhealthy environment To house prisoners
(see dormatory area above water fountains etc.)

C) Commander Kent Rachel Also under color of Law
has failed To provide an adequate grievance
system with an appeal process, This inmate

↓OVER↓

has personally filed 20 grievances/requests in last 30 days
That have never been answered, and no appeal
process is mentioned in The inmate handbook. Also
There is no inmate handbook that is passed out to
in mates upon entry into jail, or any handbook
available to any inmates during Their confinement
in the Crawford County Justice Center (Jail). There
is a Kios system that allegedly allows, requests, Grie-
vances and access to inmate handbooks, but none of
The Kios are functioning, they have been purposefully
disabled, and/or are broken in every dorm,
booking and cell block areas.

D.) Crawford County Justice Center/Jail Commander Kent Rache
has put at risk The security and safety of all prisoners
under color of law by over-crowding The jail with felony
charged prisoners they are being funneled to misdemean-
or areas of housing because of overcrowding in The
felony housing areas of the jail Thereby putting misdemeanor
inmates in danger.

E.) Crawford County Justice Center/jails Commander Kent Rachel
put the life of This inmate at risk by not being able to
provide a CPAP machine for my severe sleep
Apnea, nor does The jail have an area sterile
enough to use a CPAP Machine, (ie medical bay/infirmary)

✻ See II-D-E cont. ↓

(II-D-E) (COMMANDER KENT Rachel)

The current housing for C-PAP machines and inmates is holding cells in booking area, which has a Toilet less than 2 feet from the C-PAP Machine, and 2 inmates share a holding cell at times forcing 1 inmate to have bowel movements when one inmate is on the C-PAP Machine forcing fowl bowel movement air into the sleep Apnea patient/Inmates lungs, thus putting this inmate/prisoners health and security at risk. The jail needs a medical bay which could house 3-4 inmates on C-PAP machines, a sterile area with separate Toilet area.

F.) Commander, Kent Rachel of Crawford County Justice Center/Jail is engaging in a pattern of corrupt and organized criminal behavior along with Sheriff of Crawford County Justice Center Scott Kent, Judge Shane Leahold, City prosecutor Robert Radcliff, where as when persons are arraign- -Ed by Judge shane Leahold 10 out of 10 times They are given "Cash only" bonds for any proba- Tion violations and OR ed (own recognize/bond) on any new charges, after Transported to jail and during booking forced to sign a waiver of Their 6th Amendment Right To a fast & speedy Trial which is mixed in with booking paper work un be-

Know To The Inmate, or any other Inmate.

G.) Scott Kent, Sheriff of Crawford County, Ohio has Allowed/agreed/acqiensce To Kent Rachels use of Cameras and Audio Recording equip-ment installed in shower/Bath room Areas and also in Attorney/Client meeting rooms Thereby violating This inmats rights. And expected privacy and Attorney/Client privilages.

✳ See all Additional pages from (II-D-1 Thru II-D-3 for further explanations on Civilrights violations

(H.) Tony Stover Bailiff/Probation Officer under direction from Shane Leuthold Judje Misdemenor Court Bucyrus, Ohio charges Defendants with probation violations when The probation period have expired, or full time has been served, Thereby denying Defendants Due process, and Making Them do a sentence again unlaw-fully or making Them complete 2 sentences That were complete.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ *and* Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Crawford County Justice Center / Jail. Some claims occured at Crawford County Misdemenor Court

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes  But, it is inoperable Kios system, and Grievances are never answered, nor is there an appeal process to grievances.

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

Those claims which occured at Bucyrus Municipal Court are not covered, Although some claims at the Municipal Court intertwine with that of The County Jail. And the county jail has defunked Grievance sys.

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

Crawford County jail / Justice Center

2.  What did you claim in your grievance?

No Law Library available, No access to The Courts, living conditions, about cameras in bathrooms and in shower areas, No medical Bay for CPAP machines for sleep apnea, cameras in attny/client-inmate rooms, Dirt in AC/Heat vents, moldy ceilings

3.  What was the result, if any?

Never responded to any of the 28 Grievances filed, Some Officers laughed and threw written grievances into trash can.

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

No Grievances answered, No appeal process available, No citing of Grievances or appeal process in handbook on Kios, No handbook given to new inmates, Kios system broken for last three years.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   File Grievances for every claim no response for over 6 weeks on the electronically filed Grievances.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   All claims were brought to Kent Rachel Commander of Jail!

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   All filed electronically on Klas, All paper Grievances were never returned, or were Thrown in Trash by laughing guards.

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐  Yes

☒  No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____ N/A _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____ N/A _____

3.  Docket or index number

_____ N/A _____

4.  Name of Judge assigned to your case

_____ N/A _____

5.  Approximate date of filing lawsuit

_____ N/A _____

6.  Is the case still pending?

☐  Yes

☐  No        N/A

If no, give the approximate date of disposition. _____ N/A _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____N/A_____

_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) _____N/A_____

Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

_____N/A_____

_____

3. Docket or index number

_____N/A_____

4. Name of Judge assigned to your case

_____N/A_____

5. Approximate date of filing lawsuit

_____N/A_____

6. Is the case still pending?

☐ Yes

☐ No     N/A

11

If no, give the approximate date of disposition. ___N/A___

7.  What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

___N/A___
_____

## IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Sept 16, 20 17

Signature of Plaintiff     Jonathan A. Cali
Printed Name of Plaintiff  Jonathan A. Cali
Prison Identification # 24853
Prison Address 236 West Mansfield st.
Bucyrus   Ohio   44820
City             State           Zip Code

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____

12